George Pilurs, Appellant, v. Elco Construction Co., Samuel Cinman and Dimitra Klementzos, Appellees.

Gen. No. 47,229.

First District, Second Division.

March 18, 1958.

Released for publication April 18, 1958.

John D. Vosnos, for George Pilurs, appellant; Abraham Teitelbaum, for appellees. Opinion by JUSTICE MURPHY. Not to be published in full.